# Criminal Case Cover Sheet

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

MJ- **07-00004**
~~07-00007~~ ✱

Superseding Indictment _____ Docket Number _____

Same Defendant _____ New Defendant ___X___

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

**Juvenile: Yes _____ No __X__ Matter to be sealed: _____ Yes __X__ No**

Defendant Name ____JIN XING WANG_____

Alias Name _____

Address _____

____China_____

RECEIVED
JAN 19 2007
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

Birthdate _____ SS# __None__ Sex __M__ Race __C__ Nationality Chinese_____

**U.S. Attorney Information:**

AUSA ____Karon V. Johnson_____

RECEIVED
JAN 18 2007
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**Interpreter:** ____ No __X__ Yes List language and/or dialect: __Mandarin__

**Location Status:**

Arrest Date _____

❑ Already in Federal Custody as of _____ in _____

❑ Already in State Custody

❑ On Pretrial Release

**U.S.C. Citations**

**Total # of Counts: ___1___** _____ Petty __X__ Misdemeanor _____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set | 1 _8 USC 1325(a)(1) &_ 6 USC 251 & 557 | Illegal Entry | 1 |
| Set | 2 _____ | _____ | _____ |
| Set | 3 _____ | _____ | _____ |
| Set | 4 _____ | _____ | _____ |

(May be continued on reverse)

Date: ___11/16/07___ Signature of AUSA: _Karon V Johnson_