LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 07-00004 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **re United States' Request for** |
| | ) | **Issuance of Warrant** |
| JIN XING WANG, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the filing of an Information and the request of the government,

IT IS SO ORDERED that a warrant be issued for the above-named defendant.

Dated: January 23, 2007

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**