AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM

FILED
DISTRICT COURT OF GUAM
AUG 31 2007
JEANNE G. QUINATA
Clerk of Court

UNITED STATES OF AMERICA

V.

JIN XING WANG

## WARRANT FOR ARREST

Case Number: MJ-07-00004-001

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JIN XING WANG
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☑ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

Illegal Entry, 8 U.S.C. § 1325(a)(1) and 6 U.S.C. §§ 251 and 557

in violation of Title _____ United States Code, Section(s) _____

| MELISSA L. TRAUNER | *signature* | |
|---|---|---|
| Name of Issuing Officer | Signature of Issuing Officer | |
| Deputy Clerk | 1/23/2007 | Hagatna, Guam |
| Title of Issuing Officer | Date | Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 31 AUG 07 | NAME AND TITLE OF ARRESTING OFFICER KELLY S. Hoyle, S/A | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 31 AUG 07 | | |

ORIGINAL

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  JIN XING WANG

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH:

SOCIAL SECURITY NUMBER:

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: