# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: MJ-07-00004-001  DATE: August 31, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: None Present  Court Reporter: Wanda Miles
Courtroom Deputy: Peter Santos  Electronically Recorded: 3:17:40 - 3:29:05
CSO: B. Benavente

**APPEARANCES:**

Defendant: Jin Xing Wang  Attorney: Mark S. Smith
   Present   Custody   Bond   P.R.     Present   Retained   FPD   CJA
U.S. Attorney: Karon Johnson  U.S. Agent:
U.S. Probation: Stephen Guilliot  U.S. Marshal: T. Muna
Interpreter: Chung Harrell  Language: Mandarin

**PROCEEDINGS: Initial Appearance on an Information and Arraignment**

- Financial Affidavit reviewed and accepted: Mark S. Smith appointed to represent the defendant.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Information.
- Plea entered: Not guilty
- Trial set for: October 25, 2007 at 9:30 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: