1
2
3
4
5
6                          DISTRICT COURT OF GUAM

7                            TERRITORY OF GUAM

8
9   UNITED STATES OF AMERICA,        )        MAGISTRATE CASE NO. 07-00004
                                     )
10                 Plaintiff,        )
                                     )
11        vs.                        )        APPOINTMENT ORDER
                                     )
12  JIN XING WANG,                   )
                                     )
13                 Defendant.        )
                                     )
14  _____ )

15        IT IS HEREBY ORDERED that **MARK S. SMITH** is appointed to represent the

16  Defendant in the above-entitled case.

17        Dated this 31st day of August 2007.

18
19                                     **/s/ Joaquin V.E. Manibusan, Jr.**
20                                              **U.S. Magistrate Judge**
21
22
23
24
25
26
27
28