THE LAW OFFICES OF MARK S. SMITH
456 W. O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/32
Facsimile: (670) 477-8831

Attorney for Defendant,
*Jin Xing Wang*

FILED
DISTRICT COURT OF GUAM

OCT 2 4 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO.: 07-00004 |
| Plaintiff, ) | |
| ) | |
| vs. ) | STIPULATION ~~AND ORDER~~ TO |
| ) | VACATE TRIAL |
| JIN XING WANG, ) | |
| Defendant. ) | |

### STIPULATION ~~AND ORDER~~ TO VACATE TRIAL

**COMES NOW** Defendant, Jin Xing Wang, by and through his attorney, Mark S. Smith, Esq., and the United States, by and through, Assistant United States Attorney, Karon V. Johnson, Esq., and hereby stipulate and request that Trial scheduled on October 25, 2007 at 9:30 a.m. be taken-off calendar and a change of plea hearing scheduled at the court's convenience. Defendant Jin Xing Wang has executed said plea agreement and continues to waive his right to speedy trial.

SO STIPULATED:

10/24/07
Date

MARK S. SMITH, ESQ.
Counsel for Defendant, *Jin Xing Wang*

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

10/24/07      By: _____
Date                 KARON V. JOHNSON
                      Assistant U.S. Attorney

## ORDER

**IT IS HEREBY ORDERED** that the Trial in this matter is vacated.

**SO ORDERED** this _____.

_____
HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge