CASE NO.: MJ-07-00004　　　　　　　　　　DATE: October 25, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 9:54:34 - 9:57:26
CSO: N. Edrosa

**APPEARANCES:**
Defendant: Jin Xing Wang　　　　　　Attorney: Mark Smith
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson　　　　U.S. Agent:
U.S. Probation: Christopher Duenas　　U.S. Marshal: D. Punzalan
Interpreter: Chung Harrell　　　　　　Language: Mandarin

**PROCEEDINGS: Bench Trial**
- Change of Plea set for: October 26, 2007 at 11:00 A.M.
- Defendant to remain in custody.

NOTES: