# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: MJ-07-00004          DATE: October 26, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Reporter: Wanda Miles
Courtroom Deputy: Virginia Kilgore / Francine Diaz      Electronically Recorded: 11:00:19-11:16:00
CSO: B. Pereda

**APPEARANCES:**

Defendant: Jin Xing Wang      Attorney: Mark Smith
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson      U.S. Agent:
U.S. Probation: Grace Flores      U.S. Marshal: D. Punzalan
Interpreter: Chung Harrell      Language: Chinese Mandarin

**PROCEEDINGS: Change of Plea**
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Plea entered: Guilty
- Plea: Accepted.
- Sentencing set for: January 24, 2008 at 10:30 A.M.
- Draft Presentence Report due to the parties: December 19, 2007
- Response to Presentence Report: January 2, 2008
- Final Presentence Report due to the Court: January 17, 2008
- Defendant to remain in custody.

NOTES: