**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**GENERAL**

| | |
|---|---|
| CASE NO.: MJ-07-00004 | DATE: October 25, 2007 |

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Reporter: Wanda Miles |
| Courtroom Deputy: Virginia T. Kilgore | Electronically Recorded: 9:54:34 - 9:57:26 |
| CSO: N. Edrosa | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Jin Xing Wang | Attorney: Mark Smith |
| ☑ Present ☑ Custody ☐ Bond ☐ P.R. | ☑ Present ☐ Retained ☐ FPD ☑ CJA |
| U.S. Attorney: Karon Johnson | U.S. Agent: |
| U.S. Probation: Christopher Duenas | U.S. Marshal: D. Punzalan |
| Interpreter: Chung Harrell | Language: Mandarin |

**PROCEEDINGS: Bench Trial**
- Change of Plea set for: October 26, 2007 at 11:00 A.M.
- Defendant to remain in custody.

NOTES: