THE LAW OFFICES OF MARK S. SMITH
456 West O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/32
Facsimile: (670) 477-8831

Attorney for Defendant,
*Jin Xing Wang*

**FILED**
DISTRICT COURT OF GUAM

JAN - 2 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

MAGISTRATE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | ~~CRIMINAL~~ CASE NO.: 07-00004-001 |
| Plaintiff, ) | |
| vs. ) | DEFENDANT'S STATEMENT OF POSITION RE: PROPOSED PRE-SENTENCE REPORT |
| JIN XING WANG, ) | |
| Defendant. ) | |

**COMES NOW**, Defendant, Jin Xing Wang, by and through undersigned legal counsel and hereby submits his statement of position with respect to the proposed pre-sentence report as required Federal Rules of Criminal Procedure, Rule 32 and the United States District Court of Guam, General Order, 98-00002.

Pursuant to U.S. District Court of Guam's General Order, Sentencing Procedures; Defendant must file a response to (d)(1) and (d)(2) as stated below:

> (d)(1), All sentencing factors, facts and other matters material to sentencing that remain in dispute, including a statement, and calculation if appropriate, showing how the dispute affects the calculation of the applicable guidelines range, and;

CM/Wang.Jin
Def.Stmt.of.Position.re. Proposed.Pre-Sentence    Page 1 of 2
Case 1:07-mj-00004    Document 17    Filed 01/02/2008    Page 1 of 2

    (d)(2), Whether an evidentiary hearing is requested and, if so, an estimate of the time required for such hearing and summary of the evidence to be produced. Upon receipt of any such objections, the probation officer shall conduct any further investigation and make any revisions to the presentence report that are deemed necessary.

Defendant intends to clarify the following sections of said report as follows:

1. Paragraph 19 of Presentence Investigation Report Defendant's Statement should be supplemented with the following statement of Defendant:

> "I cannot return to China for fear of prosecution by Chinese Government because I do not believe in the China Government policies regarding many matters, which include, individual freedoms and life styles imposed on Chinese citizens."

2. Paragraph 26 of Presentence Investigation Report should read as follows:

"Ping Yu Want" should be spelled, "Ping Yu Wang."

With the exception of the above-mentioned changes, Defendant adopts the U.S. Probation Office analysis with respect to requirements (d)(1) and furthermore, hereby waives the right to an evidentiary hearing as provided in (d)(2) of General Order 98-00002 provided all proposed comments described above are included in said Final Presentence Investigation Report.

Dated this 2nd day of January, 2008.

            Respectfully submitted,

         By: _____
            MARK S. SMITH, ESQ.
            Attorney for Defendant, *Jin Xing Wang*

CM/Wang.Jin
Def.Stmt.of.Position.re. Proposed Pre-Sentence Page 2 of 2

Case 1:07-mj-00004 Document 17 Filed 01/02/2008 Page 2 of 2