**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**SENTENCING**

CASE NO.: MJ-07-00004　　　　　　　　　　　DATE: January 24, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　Court Recorder: Walter M. Tenorio
Courtroom Deputy: Walter Tenorio　　　Electronically Recorded: 1:37:43 - 1:52:16
CSO: J. McDonald

**APPEARANCES:**
Defendant: Jin Xing Wang　　　　　　　Attorney: Mark Smith
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Rosetta San Nicolas　　U.S. Agent:
U.S. Probation: Carleen Borja　　　　 U.S. Marshal: J. Untalan/R. Manglona
Interpreter: Julia Berg　　　　　　　　Language: Chinese

**PROCEEDINGS: Sentencing**
- Defendant committed to the Bureau of Prisons for a term of <u>time served (147 days)</u>
- Upon release defendant is to be transferred to an authorized immigration officer for deportation proceedings.
- Defendant was ordered to pay a special assessment fee of $10.00 to be paid immediately after sentencing.
- No fine imposed.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: